AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

United States of America
v.
LUIS FELIPE VARGAS CASTANO,
also known as "Felipe Corzaon," "Corazon" and "Cora"

_Defendant_

Case No. **1:20-cr-00414(LDH)(RER)**

**20-4230-MJ-GOODMAN**

FILED BY ___JAO___ D.C.
Dec 21, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ LUIS FELIPE VARGAS CASTANO, also known as "Felipe Corzaon," "Corazon" and "Cora",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

International Cocaine Distribution Conspiracy, in violation of Title 21, United States Code, Section 963

Date: 10/01/2020

_Lois Bloom_
_Issuing officer's signature_

City and state: Brooklyn, NY

Lois Bloom, United States Magistrate Judge
_Printed name and title_

### Return

| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ |
at _(city and state)_ _____.

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_

ALB:NDB/FJN
F. #2018R00218/NY-NYE-865

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

LUIS FELIPE VARGAS CASTANO,
    also known as "Felipe Corazon,"
    "Corazon" and "Cora,"

                      Defendant.

I N D I C T M E N T

1:20-cr-00414(LDH)(RER)
Cr. No. _____
(T. 21, U.S.C., §§ 853(a), 853(p),
959(d), 960(b)(1)(B)(ii), 963 and 970;
T. 18, U.S.C., §§ 3238 and
3551 et seq.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

<u>INTERNATIONAL COCAINE DISTRIBUTION CONSPIRACY</u>

      1.     In or about and between August 2018 and April 2020, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendant LUIS FELIPE VARGAS CASTANO, also known as "Felipe Corazon," "Corazon" and "Cora," together with others, did knowingly and intentionally conspire to distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved a substance containing cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 959(a) and 960(a)(3). The amount of cocaine involved in the conspiracy attributable to the defendant as a result of his

own conduct, and the conduct of other conspirators reasonably foreseeable to him, was five kilograms or more of a substance containing cocaine.

(Title 21, United States Code, Sections 963, 960(b)(1)(B)(ii) and 959(d); Title 18, United States Code, Sections 3238 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853(a) and 970, which require any person convicted of such offense to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offense; and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a), 853(p) and 970)

A TRUE BILL

() FOREPERSON

*Seth D. DuCharme*
SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2018R00218/NY-NYE-865

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

LUIS FELIPE VARGAS CASTANO,
also known as *"Felipe Corazon," "Corazon"* and *"Cora,"*

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 853(a), 853(p), 959(d), 960(b)(1)(B)(ii),
963 and 970; T. 18, U.S.C., §§ 3238 and 3551 et <u>seq</u>.)

*A true bill.*

_____
                                    Foreperson

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                    *Clerk*

Bail, $ _____

*Nomi D. Berenson and Francisco J. Navarro, Assistant U.S. Attorneys*
*(718) 254-7000*

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Luis Felipe Vargas Castano</u>

2. Related Magistrate Docket Number(s): N/A

3. Arrest Date:  N/A

   **1:20-cr-00414(LDH)(RER)**

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): 18-CR-299

6. Projected Length of Trial:  Less than 6 weeks  ☒
   More than 6 weeks  ☐

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐Yes  ☒ No

9. Has this indictment/information been ordered sealed?   ☒ Yes  ☐ No

10. Have arrest warrants been ordered?   ☒ Yes  ☐No

11. Is there a capital count included in the indictment?   ☐Yes  ☒ No

SETH D. DuCHARME
Acting United States Attorney

By: NOMI BERENSON (Digitally signed by NOMI BERENSON Date: 2020.09.29 18:58:41 -04'00')

Nomi D. Berenson
Assistant U.S. Attorney
(718) 254-6308

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12

1:20-cr-00414(LDH)(RER)

# INDICTMENT SEALING FORM

Case name:   United States v. Luis Felipe Vargas Castano, aka "Felipe Corazon," "Corazon" and "Cora"

Reason for Sealing:

> The government seeks to seal the indictment to ensure that the defendant does not learn that he is under indictment and to prevent him from fleeing justice to avoid arrest and prosecution.  Specifically, the defendant is not a United States citizen and is at liberty abroad, and the government is concerned that he might flee from justice if he learns that he has been indicted.  Notably, the indictment has been returned well within the applicable statute of limitations and sealing is not requested simply to toll the statute.

By: _NOMI BERENSON_ (Digitally signed by NOMI BERENSON, Date: 2020.09.29 18:28:40 -04'00')
Nomi D. Berenson
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Date:   October 1, 2020

ATTACH THIS FORM TO THE SEALED PACKAGE     1:20-cr-00414(LDH)(RER)

## GRAND JURY INVESTIGATIONS

### COVERING MEMORANDUM FOR SEALED DOCUMENTS

DATE GRAND JURY WAS EMPANELED: Tuesday, February 20, 2018

DATE OF SEALING: October 1, 2020     TIME:

SEALED BY: _____
(Individual physically sealing envelope)

AS PER ORDER OF: Lois Bloom, United States Magistrate Judge

DOCUMENT ENCLOSED: Indictment and arrest warrant
(E.g., Immunity order, extension order, etc.)

U.S. ATTORNEY OR SPECIAL PROSECUTOR IN CHARGE: AUSA Nomi Berenson

U.S. ATTORNEY'S OFFICE FILE NUMBER (if applicable): F. #2018R0218/NY-NYE-865

This form is to be completed by the courtroom deputy if papers are sealed in open court, in chambers, or by the attorney when the courtroom deputy is not present at the time of the application.

The form will be completed by the individual in charge in the Clerk's Office only if the package is presented in an unsealed manner.

Please note that papers will be filed chronologically according to the date the particular Grand Jury was empanelled. Therefore, this date must be provided by the prosecutor.

This form is used for filling and retrieval purposes and is not part of the official record of the individual case.

NDB
F.# 2020R00218/NY-NYE-865

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

  - against -

LUIS FELIPE VARGAS CASTANO,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 20-414 (LDH)

  Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nomi Berenson, for an order unsealing the above-captioned matter in its entirety.

  WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated: Brooklyn, New York
    12/21, 2020

      *Vera M. Scanlon*
      HONORABLE VERA M. SCANLON
      UNITED STATES MAGISTRATE JUDGE
      EASTERN DISTRICT OF NEW YORK



U.S. Department of Justice

United States Attorney
Eastern District of New York

NDB
F. #2020R00218/NY-NYE-865

*Select Street Address*
*Select City & State*

December 21, 2020

By E-mail

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Luis Felipe Vargas Castano
       Criminal Docket No. 20-414 (LDH)

Dear Judge Scanlon:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

           Respectfully submitted,

           SETH D. DuCHARME
           Acting United States Attorney

      By:    /s/
           Nomi Berenson
           Assistant U.S. Attorney
           (718) 254-6308

Enclosure

cc: Clerk of Court (by ECF)
   David Wickstrom, Esq. (by ECF)